MARGARET M. POWELL, Administratrix, etc., Respondent, *v.* THE BOARD OF SUPERVISORS OF SARATOGA COUNTY, Appellant.

THIS case presented the same questions and was argued and decided with *Parker* v. *Board of Supervisors, ante,* p.

---

ALBERT W. DARROW, Appellant, *v.* HORACE F. DARROW et al., ISAAC G. HORTON, JR., Purchaser, etc., Respondent.

(Submitted June 23, 1887 ; decided October 4, 1887.)

*J. Stewart Ross* for appellant.

*Augustus M. Price* for respondent.

Agree to dismiss appeal ; no opinion.
All concur.
Appeal dismissed.

---

THE AMERICAN EXCHANGE NATIONAL BANK, Respondent, *v.* STEVENS, VOISIN, LAWRENCE & COMPANY, Junior Attaching Creditors, Appellants.

(Argued June 23, 1887; decided October 4, 1887.)

*John W. Boothby* for appellants

*L. B. Bunnell* for respondent.

Agree to dismiss appeal ; no opinion.
All concur.
Appeal dismissed.